**Order filed March 26, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00106-CV
_____

### CHIQUITTA MCCLAIN, Appellant

### V.

### DOUG FOLKERSON-BROKER BY FOLKERSON PROP MGT LTD, Appellee

---

**On Appeal from County Court at Law No 1**
**Bell County, Texas**
**Trial Court Cause No. 90037**

---

## ORDER

No reporter's record has been filed in this case. The court reporter informed this court that appellant has requested the reporter's record be prepared or the trial court has not ordered the record be prepared. On February 18, 2020, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided

this court with proof that a request to prepare the reporter's record has been made. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.